JS-6

Curtis Smolar (SBN 194700)
Bochner PLLC
450 Townsend Street, Suite 100
San Francisco, CA 94107
Phone Number (646) 971-0685
Email: csmolar@bochner.law

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EXETER HESPERIA PARCEL 3 LAND, LLC, a Delaware limited liability company,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**LAKEWOOD CANDIES LLC., a New Jersey limited liability company,**<br><br>*Defendant.* | Case No.: EDCV24-01763-SSS-SPx<br><br>Superior Court of California Case No.: SB 2419712<br><br>**ORDER REGARDING REMAND TO STATE COURT** |

Pursuant to the stipulation set forth above, it is hereby ordered that the above-captioned Lawsuit is remanded to the Superior Court of California, County of San Bernardino.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 9, 2024

_____
Sunshine S. Sykes
U.S. District Judge